# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Christopher Paul Watson
Janice Emerson Watson
Debtor(s).

Case Number: 09–25720
Chapter 13

## NOTICE OF FILING OF "EVIDENCE OF TRANSFER" OR ASSIGNMENT OF CLAIM COMBINED WITH RELATED NOTICE

To the alleged transferor:

Pursuant to the Fed.R.Bankr.P. 3001(e)(2), as amended on August 1, 1991, **NOTICE IS HEREBY GIVEN** that "Evidence of Transfer" or assignment of claim has been filed with the Bankruptcy Court Clerk's Office.

**NOTICE IS FURTHER GIVEN** to the alleged transferor that objection thereto, if any, must be filed with the Bankruptcy Court Clerk within 21 days of the date appearing on this notice and served on the "Transferee"; that if the alleged transferor has been transferred other than for security, it shall enter an order substituting the transferee for the transferor; and if a timely objection is not filed by the alleged transferor the transferee shall be substituted for the transferor without further notice and without the need for Court approval.

**BANKRUPTCY COURT CLERK**

**By:   Anita Alexander**
**Deputy Court Clerk**
**Date:   April 1, 2013**

[eot] [Evidence of Transfer – 02/14/2002]

United States Bankruptcy Court
Western District of Tennessee

In re:  Case No. 09-25720-dsk
Christopher Paul Watson  Chapter 13
Janice Emerson Watson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0651-2  User: anita  Page 1 of 2  Date Rcvd: Apr 01, 2013
                     Form ID: eot  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2013.
db          +Christopher Paul Watson,   7103 7th Road,   Bartlett, TN 38135-2567
cr          +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
             Tucson, AZ 85712-1083
29404498    +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2013**          **Signature:**  *Joseph Speetjens*

```
District/off: 0651-2           User: anita                  Page 2 of 2                  Date Rcvd: Apr 01, 2013
                               Form ID: eot                 Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2013 at the address(es) listed below:
         Barbara M. Zoccola    on behalf of Creditor   IRS barbara.zoccola@usdoj.gov, USATNW.FinlitECF@usdoj.gov
         Darrell L. Castle    on behalf of Debtor Christopher Watson court@darrellcastle.com, dlccourt@aol.com
         George W. Stevenson Chapter 13    ch13gws@gmail.com
         Joel W. Giddens    on behalf of Creditor   BAC Home Loans Servicing jgiddens@wilson-assoc.com, kburnette@wilson-assoc.com
         Kimberly D. Burnette    on behalf of Creditor   BAC Home Loans Servicing kburnette@wilson-assoc.com, bmcnary@wilson-assoc.com;mawilliams@wilson-assoc.com;kbutler@wilson-assoc.com
         NATIONAL CAPITAL MANAGEMENT, LLC    cwall@ncmllc.com
         U.S. Trustee    ustpregion08.me.ecf@usdoj.gov

        TOTAL: 7